No. 3800.—ELIZA C. JOHNSON v. WM. D. PHILLIPS.

Payments which have been made on a debt, which at the time of payment are imputed by both parties to the interest due, can not afterward be recovered back nor imputed to the capital on the ground that the interest due was usurious.

Prescription may be pleaded at any stage of the proceedings, even on the appeal, but it must be pleaded expressly and specially before final judgment.

APPEAL from the Fifth Judicial District Court, parish of East Baton Rouge. *Posey,* J. *Fuqua & Callihan,* for plaintiff and appellee. *Samuel P. Greves,* for defendant and appellant.

HOWELL, J. The order of seizure and sale herein was enjoined by the defendant on the ground that the note is paid and extinguished by

payments of usurious interest, as shown by the various credits indorsed on the note. It was given on twenty-fifth April, 1854, for $2750 due one year from date with eight per cent. interest after maturity. A few days after its maturity a credit of $250 is indorsed on it "for interest on account up to twenty-fifth April, 1855," and annually thereafter up to twenty-fifth April, 1861; the same amount is credited "for interest," as stated by defendant. The note not bearing interest before maturity, the first payment is imputed by plaintiff to the principal, and the demand is made for the balance ($2500) with eight per cent. interest thereon from twenty-fifth April, 1861, to which date it is alleged the interest was paid, and subject to those subsequent credits paid as interest. These three credits are not alleged to be usurious, but it is contended that all the previous payments were, being ten per cent. annually upon the money loaned, and therefore worked the forfeiture of all interest and should be imputed to the capital, leaving due only $1000, which has been more than paid subsequently.

The usurious payments having been expressly imputed by the parties to the interest, can not now be recovered back nor imputed to the capital, the plea of prescription having been filed. See 6 An. 471; 15 An. 395; 18 An. 715. Prescription may be pleaded in every stage of a cause, even on the appeal, but it ought to be pleaded expressly and specially before the final judgment. R. C. C. 3464.

Judgment affirmed.